**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SAP AMERICA, INC.**<br>**v.**<br>**ALKESH PATEL** | **Civil Action No. 24-2288** |
| **ALKESH PATEL**<br>**v.**<br>**SAP AMERICA, INC., *et al.*** | **Civil Action No. 25-3422** |

**ORDER**

**AND NOW**, this 18th day of August, 2026, upon consideration of the motions by Alkesh Patel to dismiss case 24-2288 and to re-transfer case 25-3422 to the United States Court for the Northern District of California, it is hereby **ORDERED**:

1. The motion to dismiss (24-2288 ECF 41) is **GRANTED** for the reasons in the accompanying memorandum. The identical motion filed in the transferred case (25-3422 ECF 56) is **DENIED AS MOOT** for having been decided in case 24-2288.

2. The motion to re-transfer (25-3422 ECF 57) is **DENIED** for the reasons in the accompanying memorandum. The identical motion filed in the dismissed case (24-2288 ECF 42) is **DISMISSED AS MOOT** for having been decided in case 25-3422.

3. The Clerk is **DIRECTED** to **CLOSE** case 24-cv-2288.

4. An order scheduling a pretrial conference will follow.

**BY THE COURT:**

s/ Catherine Henry

**CATHERINE HENRY, J.**